UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DESALVO,<br><br>   Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>   Defendants. | Case No. 3:14-cv-05670-SI<br><br>**ORDER RE PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW** |

  Counsel for plaintiff have moved to withdraw, stating that they have been unable to contact plaintiff, despite repeated efforts to do so. See Dkt. 38. Defendants do not oppose the motion. Prior to the Court's granting the motion to withdraw, plaintiff's current counsel are ORDERED to do the following things:

  1.  Counsel shall inform the Court of Mr. DeSalvo's mailing address.

  2.  Counsel shall send to Mr. DeSalvo, by certified mail, copies of the pleadings in this case, including their motion to withdraw as counsel, together with copies of the pending MDL motions, and shall explain to him the status of the MDL proceedings and the possible consequences of an order from the Panel.

  3.  Counsel shall prepare and file a declaration, served on Mr. DeSalvo and opposing counsel, stating the efforts they have made to contact Mr. DeSalvo, stating that they have served him with the information identified above, and attaching any evidence of same (e.g., return receipts on certified mail) in their possession.

///

When the Court receives the declaration identified above, it will consider granting the motion to withdraw. If the motion is granted, Plaintiff DeSalvo will become pro se in this litigation.

I**T IS SO ORDERED.**

Dated: July 9, 2015

_____
SUSAN ILLSTON
United States District Judge