UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DESALVO,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>    Defendants. | Case No. 14-cv-05670-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL AND NOTIFYING PLAINTIFF OF HIS OBLIGATION TO PROVIDE THE COURT WITH A CURRENT ADDRESS**<br><br>Re: Dkt. No. 38 |

**I.    MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**:

Plaintiff's counsel, Gomez Trial Attorneys, have moved to withdraw as counsel for plaintiff Joseph DeSalvo. Dkt. 38. Plaintiff's counsel have been unable to contact plaintiff for the past six months, despite numerous phone calls and letters and the hiring of two private investigators. See Dkt. 49. Defendants do not oppose the motion. Dkt. 40.

The Court finds that withdrawal is proper and GRANTS the motion to withdraw. Plaintiff DeSalvo will now be representing himself in this action, unless he retains another lawyer to represent him.

**II.    NOTICE TO PLAINTIFF DESALVO OF OBLIGATION TO PROVIDE CORRECT MAILING ADDRESS:**

Because the Court has granted Gomez Trial Attorneys' motion to withdraw as plaintiff's counsel, plaintiff DeSalvo is now proceeding in this action pro se, that is, representing himself, under Civil Local Rule 3-9(a). A copy of this Order is being mailed to the two addresses that Gomez Trial Attorneys located for plaintiff: 162 Quadrant Drive, Rock Springs, WY 82901; and P.O. Box 1892, Rock Springs, WY 82902.

1    Civil Local Rule 3-11(a) requires a party proceeding pro se to file a Notice of Change of
2 Address with the Court and opposing parties if the party's address changes while the case is
3 pending.  Because Gomez Trial Attorneys have been unable to contact plaintiff at the addresses
4 they had for him, the Court is concerned that plaintiff's address may have changed.

5    **Therefore, plaintiff is ORDERED to file with the Court and serve on opposing
6 counsel a Notice of Plaintiff's Mailing Address.  Plaintiff must file this notice within 30 days
7 of the date of this Order or the Court will dismiss the case without prejudice for failure to
8 comply with the local rules and failure to prosecute.**

10   **IT IS SO ORDERED**.

11   Dated: July 30, 2015

_____
SUSAN ILLSTON
United States District Judge